# United States Court of Appeals
## For the First Circuit

No. 19-1838

MARIAN RYAN, in her official capacity as Middlesex County District Attorney; RACHAEL ROLLINS, in her official capacity as Suffolk County District Attorney; COMMITTEE FOR PUBLIC COUNSEL SERVICES; CHELSEA COLLABORATIVE, INC,

Plaintiffs - Appellees,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE D. JOHNSON, in his official capacity as Acting Deputy Director of U.S. Immigration and Customs Enforcement and Senior Official Performing the Duties of the Director; TODD M. LYONS, in his official capacity as Acting Field Office Director of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO N. MAYORKAS, in his official capacity as Acting Secretary of United States Department of Homeland Security,

Defendants - Appellants.

Before

Howard, Chief Judge,
Selya, Lynch, Thompson,
Kayatta, Circuit Judges.

**ORDER OF COURT**

Entered: May 18, 2021

The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Donald Campbell Lockhart, Michael P. Sady, Rayford A. Farquhar, Eve A. Piemonte, Francesca Genova, Julian Kurz, David Zimmer, Alicia Rubio-Spring, Christopher J.C. Herbert, Daryl L. Wiesen, Wendy S. Wayne, Oren Nimni, Bradly Paul Bennion, Michael Meriwether Hethmon, Ralph L. Casale, Martin W. Healy, Thomas J. Carey Jr., Sarah Chapin Columbia, Douglas Keith, Alicia L. Bannon, Steven Chiajon Wu, Ari Joseph Savitzky, Barbara D. Underwood, Letitia James, William M. Tong, Karl A. Racine, Kwame Raoul, Brian E. Frosh, Keith Ellison, Gurbir S. Grewal, Hector H. Balderas, Ellen F. Rosenblum, Josh Shapiro, Peter F. Neronha, Robert W. Ferguson, Thomas J. Donovan Jr., Mark R. Herring, Philip L. Torrey, Nikolas Bowie, Sabrineh Ardalan, Norah Rast, Brianne J. Gorod, Dayna Zolle, Elizabeth B. Wydra, Ashwin Phatak, Howard M. Cooper, Maria T. Davis, Joel Anderson Fleming, Lauren Godles Milgroom, Amanda Rose Crawford